UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

HOT WHEELS RENTALS, LLC,
ADVENTURE TRIKKE & TOURS
CORP.,

    Plaintiffs,
vs.

CITY OF MIAMI BEACH and
MIAMI BEACH POLICE DEPARTMENT,

    Defendants.

_____/

**DEFENDANT MIAMI BEACH POLICE DEPARTMENT'S**
**NOTICE OF REMOVAL**

Defendant, MIAMI BEACH POLICE DEPARTMENT, pursuant to 28 U.S.C. §1441 and §1446, files this Notice of Removal of the above-captioned action presently pending in the Circuit Court, Case No. 16-003508 CA 15, and states:

1. On March 15, 2016, Plaintiff served the Defendant, MIAMI BEACH POLICE DEPARTMENT, with a Complaint, a copy which is annexed hereto. The Complaint alleges violations of federal law, specifically, 42 U.S.C. §1983 and The United States Constitution, as well as related state tort claims all allegedly occurring within the Southern District of Florida.

2. The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331 (federal question), and §1443 (civil

rights), and is one which may be removed to this Court by the Defendant pursuant to 28 U.S.C. §1441(a)-(c).  See also 28 U.S.C. §1367 (supplemental jurisdiction).

3. Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within thirty days after Defendant's receipt of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

4. In accordance with 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal will be given to the adverse party and a copy of this Notice will be filed with the Clerk of the Circuit Court.

5. In accordance with 28 U.S.C. §1446(a), a copy of all process and pleadings served upon the Defendant is attached hereto.

6. Pursuant to 28 U.S.C. §1446(b)(2)(C), Co-Defendant City of Miami Beach consents to removal.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 14TH day of April, 2016 to Aric N. Williams, Esquire, 14 N.E. 1st Avenue, Suite 200, Miami, Florida 33132.

                                     RAUL J. AGUILA, CITY ATTORNEY
                                     CITY OF MIAMI BEACH
                                     1700 CONVENTION CENTER DRIVE
                                     4TH FLOOR-LEGAL DEPARTMENT
                                     MIAMI BEACH, FLORIDA 33139
                                     TELEPHONE: (305) 673-7470
                                     FACSIMILE:   (305) 673-7002
                                     robertrosenwald@miamibeachfl.gov

                                     BY:     s/Robert F. Rosenwald
                                                  ROBERT F. ROSENWALD
                                                  FIRST ASSISTANT CITY ATTORNEY
                                                  FL BAR NO. 0190039