| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION** ☒ CIVIL ☐ DISTRICTS ☐ OTHER | CIVIL ACTION SUMMONS (b) Form for Personal Service on a Natural Person | CASE NUMBER 2016-003508-CA-01 |

| PLAINTIFF(S) Hot Wheels Rentals, LLC; Adventure Trikke & Tours Corp | VS.  DEFENDANT(S) City of Miami Beach and Miami Beach Police Department | CLOCK IN |
|---|---|---|

DATE 3-15-2016    TIME ✗✗✗ 3:4/pm.

INITIAL ✗✗✗   BADGE# 32✗

THE STATE OF FLORIDA:TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): Miami Beach Police Department | Address: 1700 convention center drive 4th floor Miami Beach Florida 33179 |
|---|---|

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."

**MIAMI-DADE COUNTY COURT LOCATIONS**

| ☒ Dade County Courthouse (05) Room 133 73 West Flagler Street Miami, Florida 33130 | ☐ Martin Luther King Office (20) 2525 N.W. 62nd Street Room 1200 A Miami, Florida 33147 | ☐ North Dade Justice Center (23) Room 100 15555 Biscayne Blvd. North Miami Beach, Florida 33160 | SERVICE |
|---|---|---|---|
| ☐ Miami Beach District Court (24) Room 200 1130 Washington Avenue Miami Beach, Florida 33139 | ☐ Coral Gables District Court (25) Room 100 3100 Ponce De Leon Blvd. Coral Gables, Florida 33134 | ☐ South Dade Justice Center (26) Room 100 10710 SW 211 Street Miami, Florida 33189 | |
| ☐ Hialeah District Court (21) Room 100 11 East 6th Street Hialeah, Florida 33010 | | | |

| Plaintiff/Plaintiff Attorney Florida Bar No. | Address: 14 NE 1st Ave, Ste, 200, Miami, FL, 33132 | |
|---|---|---|
| HARVEY RUVIN CLERK OF COURTS | BY: __**Austin Smith**__ DEPUTY CLERK | DATE ON: MAR 0 8 2016 |

## AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br><br>☐ CIVIL<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS.  DEMANDADO(S) | HORA |
| A Demandado(s): | Direccion: | |

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso pordria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestacion a la demanda al Secretario del Juzgado. La ubicacion central de la Oficina del Secretario esta en el edificio de la Corte del Condado de Dade. La direccion de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

**"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."**

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Martin Luther King Office (20)
2525 N.W. 62nd Street
Room 1200 A
Miami, Florida 33147

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District Court (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Demandante o Abogado del Demandante<br><br>Numero del Colegio de Abogados: | Direccion: |
|---|---|

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagan entrega de esta notificacion y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| HARVEY RUVIN<br>Secretario del Tribunal del<br>Condado | POR: _____<br>Como Secretario Adjunto | FECHA |
|---|---|---|

### Ley para Estadounidenses con Incapacidades

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase  en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7   días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente  después  de  recibir  esta  notificación  si  el  tiempo  antes  de  la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.
☐ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVISION<br><br>☐ CIVILE<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CAS |
|---|---|---|
| PLAINTE(S) | VS.   CONTRE ACCUSE(S) | HEURE IN |

| A (AUX) ACCUSE(S): | ADRESSE: |
|---|---|

## IMPORTANT

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"

### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Martin Luther King Office (20)
2525 N.W. 62nd Street
Room 1200 A
Miami, Florida 33147

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District Court (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Plainte/Avocat du Plainte | Adresse: |
|---|---|
| Numero de barreau de la Floride: | |

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| HARVEY RUVIN<br>Greffier de Tribunal | PAR:_____<br>COMME GREFFIER ADJOINT | DATE ON: |
|---|---|---|

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave. Suite 2702, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 au moins 7 jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

☐ NAN TRIBUNAL ONZYÈM AWONDISMAN JIDISYE NAN E POU MIAMI-DADE COUNTY, FLORIDA.
☐ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA.

| DIVIZYON<br><br>☐ SIVIL<br>☐ LOT | KONVOKASYON POU KA SIVIL<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | NIMEWO KA |
|---|---|---|
| PLENTIF(S) | VS.  KONT AKIZE(S) | LE |
| AKIZE: | ADRES: | |

#### ENPOTAN

Yo entre yon aksyon kont oumenm. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou ou ka-a. Si ou pa enregistre reponce ou-a a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."

#### ADRES TRIBINAL NAN MIAMI-DADE COUNTY

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Martin Luther King Office (20)
2525 N.W. 62nd Street
Room 1200 A
Miami, Florida 33147

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District Court (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33169

| Plainte/Avocat du Plainte<br><br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address: |
|---|---|

ETA FLORIDA: Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.

| HARVEY RUVIN<br>Sekrete Jeneral Tribinal La | BAY:_____<br>SEKRETE | DATE: |
|---|---|---|

### LWA 1990 POU AMERIKEN KI ENFIM
### ANONS POU AMERIKEN KI ENFIM

"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 omwen 7 jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke 7 jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

Case No: 2016-003508-CA-01

Hot Wheels Rentals, LLC; Adventure Trikke &
Tours Corp
     Plaintiffs,
vs.

City of Miami Beach and Miami Beach Police
Department
     Defendants.
_____/

## 2nd AMENDED COMPLAINT

COMES NOW Plaintiffs, Hot Wheels Rentals LLC (hereafter "Hot Wheels") and
Adventure Trikke & Tours Corp (hereafter "Adventure Trikke") by and through
undersigned counsel, states their Complaint against the Defendants, City of Miami Beach
and Miami Beach Police Department as follows:

1. This is an action to recover lost business revenue, damage to reputation, as well as
declaratory relief pursuant to 42 U.S.C. § 1983 for past and ongoing injury to Plaintiffs'
rights guaranteed by the Fourth and Fourteenth Amendments of the U.S. Constitution,
and Article I, § 9 of the Florida Constitution.

### JURISDICTION
2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343(a)(3) & and the
Declaratory Judgment Act, 28 U.S.C. §§ 2201 & 2202. Damages sought are around
$1,000,000 plus attorney fees.

### VENUE
3. Venue is proper in this County, pursuant to 28 U.S.C. § 1391(b).

4. Defendants, City of Miami Beach and Miami Beach Police Department are within the County of Miami-Dade, State of Florida.

5. Defendant, City of Miami Beach is and at all times herein mentioned, a City organized and existing under the laws of the State of Florida with principle offices located at Miami Beach, in the City of Miami, County of Miami-Dade.

6. Plaintiffs allege that, at all times herein mentioned, each of the Defendants sued herein were at all times acting within the purpose and scope of such agency and employment.

7. All of the acts and omissions complained of herein occurred and will continue to occur in the Miami-Dade County of the Southern District of Florida.

## DEMAND FOR JURY TRIAL

8. Plaintiffs are entitled to, and hereby respectfully demand, a trial by jury on all counts stated within and any issues so triable.

## ALLEGATIONS

9. This claim involves the improper seizure of Plaintiffs' property – fifteen trikes -- by the Miami Beach Police Department at the direction of the City of Miami Beach.

10. On February 11, 2015, Plaintiffs received a notice from the Miami Beach Police Department stating all motor vehicles must be registered with the State of Florida Department of Highway Safety and Motor Vehicles before being operated upon City Streets or other public property pursuant to 316.1995 of the Florida Statutes.

11. The notice stated that the City of Miami Beach intended to take all necessary

2 | Complaint                                        Law Offices of Aric N. Williams

enforcement action and was signed by Daniel J. Oats, Police Chief of Miami Beach Police Department and Hernan Carden, Miami Beach Director of the Code Compliance Department.

12. On March 4, 2015, a small squad of undercover police officers visited eleven stores known to rent trikes. Of the eleven, the cops reported only renting trikes from two stores, the name Plaintiffs' jointly operated store and South Florida Trikke.  Two days later, on March 6, 2015, uniformed police officers, along with code enforcement officers entered Plaintiffs' business, located at 233 14th Street, Miami Beach, without a warrant and confiscated fifteen trikes.

13. The Police cited Plaintiffs with two code violations, citing Code 102.367 for failing to possess and comply with the Business Tax Receipt and Code 102.375 for false disclosures on the city application for having fifteen trikes instead of the ten stated on the Business Tax Receipt.

14. On June 4, 2015, Plaintiffs received a Notice to Appear Before Special Master regarding the two code violations. After a request by the City Attorney for a continuance, the hearing was moved to June 18.

15. On June 18, 2015, the Special Master, Mary Anne Lukacs, determined that there was not a Code 102.367 violation because Plaintiffs did in fact have a valid and current Business Tax Receipt and that Plaintiff was in adherence.

16. The Special Master also determined that a 102.375 code violation should have resulted in a fine rather than confiscation of property. A 102.375 code violation is a noncriminal traffic infraction, punishable as a moving violation as provided in Chapter 318. Additionally, pursuant to 320.02(13)(b) Plaintiff's are entitled to 30 days to cure this

violation. In fact, Plaintiffs were only given twenty-two days before the Police conducted an undercover operation and twenty-four days before the Police confiscated Plaintiffs' property.

17. The Special Master ordered Plaintiffs to be in full compliance by August 19, 2015, by either getting a license for fifteen trikes or removal of the additional five scooters.

18. The Special Master also ordered the Miami Beach Police Department to release the scooters by June 26, 2015. See Exhibit A for Special Master's Order.

19. The City of Miami and the Miami Beach Police department did not release the trikes however, until September 25th, 2015.

20. From March 6th until September 25th, 2015, the Defendants illegally seized and retained Plaintiffs' property interfering with their right to work.

21. As a direct and proximate result of the Defendants actions, Hot Wheels and Adventure Trikke lost approximately $100,000 in business revenue.

### Count I
### Miami Beach City Code 102.375 is being applied unconstitutionally in violation of the Due Process Clause 14th Amendment, U.S. Constitution 42 U.S.C. § 1983

22. Plaintiffs re-allege and incorporate by reference as though fully set forth here the allegations contained in Paragraphs 9 through 21.

23. Miami Beach City Code 102.375 is being applied in an unconstitutional manner to Plaintiffs in violation of the Due Process Clause of the Fourteenth Amendment of the U.S. Constitution.

24. As a direct and proximate cause of the enforcement of Miami Beach City Code 102.375, pursuant to Defendant's policies, practices and/or customs, Plaintiffs have been

deprived of its due process rights and has suffered irreparable harm.

25. WHEREFORE Plaintiffs request for judgment against Defendants in an amount to be determined at trial, attorney's fees pursuant to 42 U.S.C. § 1988; all costs expended in this action; punitive damages, and such other and further relief, which the court deems just and proper.

### Count II
**Miami Beach City Code 102.367 is being applied unconstitutionally in violation of the Due Process Clause 14th Amendment, U.S. Constitution 42 U.S.C. § 1983**

26. Plaintiffs re-allege and incorporate by reference as though fully set forth here the allegations contained in Paragraphs 9 through 21.

27. Miami Beach City Code 102.367 is being applied in an unconstitutional manner to Plaintiffs in violation of the Due Process Clause of the Fourteenth Amendment of the U.S. Constitution.

28. As a direct and proximate cause of the enforcement of Miami Beach City Code 102.367, pursuant to Defendant's policies, practices and/or customs, Plaintiffs have been deprived of its due process rights and has suffered irreparable harm.

29. WHEREFORE Plaintiffs request for judgment against Defendants in an amount to be determined at trial, attorney's fees pursuant to 42 U.S.C. § 1988; all costs expended in this action; punitive damages, and such other and further relief, which the court deems just and proper.

### Count III
**Miami Beach City Code 102.375 is being applied unconstitutionally in violation of the 4th Amendment, U.S. Constitution 42 U.S.C. § 1983**

30. Plaintiffs re-allege and incorporate by reference as though fully set forth here the allegations contained in Paragraphs 9 through 21.

31. Miami Beach City Code 102.375 is being applied in an unconstitutional manner to Plaintiffs in violation of the Fourth Amendment of the U.S. Constitution.

32. As a direct and proximate cause of the enforcement of § 102.375, pursuant to Defendant's policies, practices and/or customs, Plaintiffs have been deprived of its due process rights and has suffered irreparable harm.

33. WHEREFORE Plaintiffs request for judgment against Defendants in an amount to be determined at trial, attorney's fees pursuant to 42 U.S.C. § 1988; all costs expended in this action; punitive damages, and such other and further relief, which the court deems just and proper.

**Count IV**
**Miami Beach City Code 102.367 is being applied unconstitutionally in violation of the 4th Amendment, U.S. Constitution 42 U.S.C. § 1983**

34. Plaintiffs re-allege and incorporate by reference as though fully set forth here the allegations contained in Paragraphs 9 through 21.

35. Section 102.367 is being applied in an unconstitutional manner to Plaintiffs in violation of the Fourth Amendment of the U.S. Constitution.

36. As a direct and proximate cause of the enforcement of § 102.367, pursuant to Defendant's policies, practices and/or customs, Plaintiffs have been deprived of its due process rights and has suffered irreparable harm.

37. WHEREFORE Plaintiffs request for judgment against Defendants in an amount to be determined at trial, attorney's fees pursuant to 42 U.S.C. § 1988; all costs expended in this action; punitive damages, and such other and further relief, which the court deems

just and proper.

Dated: February 22, 2016

Respectfully submitted,

By:   Law Office of Aric N. Williams
     14 NE 1st Ave, Suite 200
     Miami, FL 33132
     Telephone: (305) 766-0219
     Email: aric@aricwilliamslaw.com
     2nd email: aricwilliams@gmail.com

     /s/ Aric N. Williams, ESQ
     Aric N. Williams
     Bar Number: 113724

Exhibit A

 Law Offices of Aric N. Williams

BEFORE THE SPECIAL MASTER
IN AND FOR THE CITY OF
MIAMI BEACH, FLORIDA

Special Master Case #:     JC15000395
Code Violation #:     CE15005884
Notice of Violation Dated:     03/06/2015

Name:     HOT WHEELS RENTALS, LLC

Property Address:  233 14TH ST MBCH

Property Owner:   JAMES F. MATTHEW

Legal Description:  3 54 42 34 53 42 OCEAN BEACH ADD NO 2 PB 2-56 LOTS 10 & 11 BLK 26 LOT SIZE
100.000 X 130

VIOLATION:  Miami Beach City Code Chapter/Section:     102-375

   *THIS CAUSE* came before the Special Master of the City of Miami Beach on 06/18/2015, and based on
the substantial competent evidence presented, the Special Master enters the following Order:

THE ORDER OF THE SPECIAL MASTER IS AS FOLLOWS:

1:  There shall be full compliance by either getting a license for 15 scooters or remove the additional 5
scooters by August 19, 2015.

2: The scooters shall be released by the Miami Beach Police Deptartment by June 26, 2015.

3: A $100.00 administrative court cost is assessed.

DONE AND ORDERED as of 06/18/2015

MARY ANNE LUKACS
As Special Master for the City of Miami Beach

Law Offices of Aric N. Williams

EXHIBIT "A"

Caplan and Caplan, Inc.

| Date | Check | Amount | Account |
|---|---|---|---|
| 4/19/2013 | 5682 | $ 90.00 | 1589 |
| 3/28/2013 | 5673 | $ 90.00 | 1589 |
| 2/27/2013 | 5660 | $ 90.00 | 1589 |
| 2/14/2013 | 5646 | $ 90.00 | 1589 |
| 1/11/2013 | 5637 | $ 315.00 | 1589 |
| 1/4/2013 | 5627 | $ 225.00 | 1589 |
| 12/12/2012 | 5610 | $ 145.00 | 1589 |
| 12/3/2012 | 5606 | $ 90.00 | 1589 |
| 10/18/2012 | 5591 | $ 110.00 | 1589 |
| 10/5/2012 | 5584 | $ 790.00 | 1589 |
| 9/10/2012 | 5576 | $ 180.00 | 1589 |
| 8/30/2012 | 5572 | $ 510.00 | 1589 |
| 8/1/2012 | 5562 | $ 260.00 | 1589 |
| 7/11/2012 | 5554 | $ 260.00 | 1589 |
| 6/26/2012 | 5544 | $ 530.00 | 1589 |
| 6/7/2012 | 1670 | $ 45.00 | 1589 |
| 6/7/2012 | 5540 | $ 90.00 | 1589 |
| 5/9/2012 | 5534 | $ 2,507.00 | 1589 |
| 5/4/2012 | 5531 | $ 225.00 | 1589 |
| 4/9/2012 | 5511 | $ 205.00 | 1589 |
| 4/6/2012 | 5508 | $ 370.00 | 1589 |
| 3/19/2012 | 5285 | $ 450.00 | 1589 |
| 3/9/2012 | 5280 | $ 355.00 | 1589 |
| 2/29/2012 | 5270 | $ 375.00 | 1589 |
| 1/30/2012 | 5263 | $ 200.00 | 1589 |
| Total | | $ 8,597.00 | |

EXHIBIT "B"

Caplan and Caplan, Inc.

| Date | Check | Amount | Account |
|---|---|---|---|
| 4/19/2013 | 5682 | $ 90.00 | 1589 |
| 3/28/2013 | 5673 | $ 90.00 | 1589 |
| 2/27/2013 | 5660 | $ 90.00 | 1589 |
| 2/14/2013 | 5646 | $ 90.00 | 1589 |
| 1/11/2013 | 5637 | $ 315.00 | 1589 |
| 1/4/2013 | 5627 | $ 225.00 | 1589 |
| 12/12/2012 | 5610 | $ 145.00 | 1589 |
| 12/3/2012 | 5606 | $ 90.00 | 1589 |
| 10/18/2012 | 5591 | $ 110.00 | 1589 |
| 10/5/2012 | 5584 | $ 790.00 | 1589 |
| 9/10/2012 | 5576 | $ 180.00 | 1589 |
| 8/30/2012 | 5572 | $ 510.00 | 1589 |
| 8/1/2012 | 5562 | $ 260.00 | 1589 |
| 7/11/2012 | 5554 | $ 260.00 | 1589 |
| 6/26/2012 | 5544 | $ 530.00 | 1589 |
| 6/7/2012 | 1670 | $ 45.00 | 1589 |
| 6/7/2012 | 5540 | $ 90.00 | 1589 |
| 5/9/2012 | 5534 | $ 2,507.00 | 1589 |
| 5/4/2012 | 5531 | $ 225.00 | 1589 |
| 4/9/2012 | 5511 | $ 205.00 | 1589 |
| 4/6/2012 | 5508 | $ 370.00 | 1589 |
| 3/19/2012 | 5285 | $ 450.00 | 1589 |
| 3/9/2012 | 5280 | $ 355.00 | 1589 |
| 2/29/2012 | 5270 | $ 375.00 | 1589 |
| 1/30/2012 | 5263 | $ 200.00 | 1589 |
| 1/4/2012 | 5253 | $ 230.00 | 1589 |
| 1/4/2012 | 1567 | $ 375.00 | 1589 |
| 1/3/2012 | 5251 | $ 2,090.00 | 1589 |
| 12/12/2011 | 5244 | $ 690.00 | 1589 |
| 11/10/2011 | 5223 | $ 505.00 | 1589 |
| 11/10/2011 | 5223 | $ 505.00 | 1589 |
| 10/24/2011 | 5213 | $ 485.00 | 1589 |
| 10/12/2011 | 5228 | $ 135.00 | 1589 |
| 9/13/2011 | 5207 | $ 260.00 | 1589 |
| 8/30/2011 | 5112 | $ 460.00 | 1589 |
| 8/8/2011 | 5104 | $ 910.00 | 1589 |
| 7/6/2011 | 5074 | $ 175.00 | 1589 |
| 6/20/2011 | 5066 | $ 1,573.75 | 1589 |
| 6/20/2011 | 5067 | $ 32.50 | 1589 |

11

| | | | | |
|---|---|---|---:|---|
| 5/20/2011 | 5056 | $ | 135.00 | 1589 |
| 5/17/2011 | 5049 | $ | 755.00 | 1589 |
| 4/28/2011 | 5047 | $ | 315.00 | 1589 |
| 4/15/2011 | 5042 | $ | 980.00 | 1589 |
| 3/3/2011 | 5020 | $ | 1,090.00 | 1589 |
| 2/11/2011 | 5006 | $ | 625.50 | 1589 |
| 2/11/2011 | 5012 | $ | 610.00 | 1589 |
| 1/13/2011 | 1006 | $ | 865.00 | 1589 |
| 12/17/2010 | 5020 | $ | 900.00 | 2228 |
| 12/8/2010 | 5013 | $ | 90.00 | 2228 |
| 11/15/2010 | 5009 | $ | 660.00 | 2228 |
| 10/7/2010 | 1426 | $ | 770.00 | 2228 |
| 9/3/2010 | 1389 | $ | 225.00 | 2228 |
| 8/9/2010 | 1362 | $ | 360.00 | 2228 |
| 7/8/2010 | 1315 | $ | 1,140.00 | 2228 |
| 6/11/2010 | 1287 | $ | 2,335.00 | 2228 |
| 5/6/2010 | 1257 | $ | 3,315.00 | 2228 |
| 4/1/2010 | 5036 | $ | 1,231.00 | 1589 |
| 3/31/2010 | 1213 | $ | 2,273.00 | 2228 |
| | Total | $ | 35,697.75 | |